N. & A. Realty Co., Inc. (a Domestic Corporation), v. Ben B. Pauker — Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

In the Matter of Helen L. Beattie, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

Anna S. Wilson v. 15¢ and 5¢ Taxi Corporation.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

Kathleen M. Heyes v. 15¢ and 5¢ Taxi Corporation.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

Michael Tenzer v. Louis Solomon and Another.— Motion to dismiss appeal denied. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

Graham Brothers Aktiebolag, a Corporation, v. Norwegian Atlas Insurance Company, Ltd. (of Christiania).— Motion to dismiss appeal denied. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

Paul Hammond and Another v. Yona Varah Realty Corporation.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

Louis Lo Paro and Another v. Calogero Militana and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

Ralph Ilardi v. The City of New York.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

Morris Rosenwasser v. Blyn Shoes, Inc., and Others.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals and for a stay granted; questions certified. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

Julia Zimmerman v. Jacob Zimmerman.— Motion denied. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

Samuel Igstaedter v. The City of New York.— Motion denied. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

Sociedad Anonima Commercial Y Financiera Portalis Y Compania Limitada, Also Known as Portalis & Company, Ltd., v. Fred S. James & Company.— Motion denied, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

Frank Campbell v. The City of New York.— Motion denied, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

Jacob Falkenberg, as Administrator, etc., of Anna Falkenberg, Deceased, v. The City of New York.— Motion denied, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

Frederick W. White v. Clarence M. Busch.— Motion denied, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.